UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MARCELLUS JONES, JR.,<br><br>Defendant. | Case No. 2:19-cr-00095-JAD-VCF<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**<br><br>ECF No. 37 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant ROBERT MARCELLUS JONES, JR. contained in the Indictment (ECF No. 1) in case number 2:19-cr-00095-JAD-VCF.

.

                                            Respectfully submitted,

                                            CHRISTOPHER CHIOU
                                            Acting United States Attorney

                                            _____/s/ Brian Whang_____
                                            BRIAN WHANG
                                            Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charge without prejudice brought against defendant ROBERT MARCELLUS JONES, JR. contained in the Indictment in case number 2:19-cr-00095-JAD-VCF.

DATED this 27th day of January, 2022.

                                            _____
                                            HON. JENNIFER DORSEY
                                            UNITED STATES DISTRICT JUDGE